Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Mark S. Zhai (SBN 287988)
mzhai@blakelylawgroup.com
**BLAKELY LAW GROUP**
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

Nina D. Boyajian (SBN 246415)
boyajianN@gtlaw.com
Heather J. Silver (SBN 285509)
silverh@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310.586.7744
Facsimile: 310.586.7800

*Attorneys for Defendant*
*Zoetop Business Co., Limited*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, | Case No.: 2:20-cv-08635-JWH-AFM |
| Plaintiff, | **STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| | **Hon. John W. Holcomb** |
| ZOETOP BUSINESS CO., LIMITED, a Hong Kong Private Limited Company; and DOES 1-10, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that that, pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Deckers Outdoor Corporation ("Plaintiff" or "Deckers") and Defendant Zoetop Business Co., Limited ("Defendant" or "Zoetop") (together with Plaintiff, the "Parties"), representing all parties who have appeared in this action, hereby stipulate to dismissal **with prejudice** as to all claims, causes of actions, and parties in the above-entitled action. This Dismissal is without an award of costs or fees, and each Party shall bear its own attorneys' fees and costs incurred in connection with this Action.

Respectfully submitted,

Dated:  July 12, 2021

**BLAKELY LAW GROUP**

/s/ *Brent H. Blakely*
Brent H. Blakely
***Attorneys for Plaintiff***
***Deckers Outdoor Corporation***

Dated:  July 12, 2021

**GREENBERG TRAURIG, LLP**

/s/ *Nina D. Boyajian*
Nina D. Boyajian
Heather J. Silver
***Attorneys for Defendant***
***Zoetop Business Co., Limited***

## ATTESTATION RE ELECTRONIC SIGNATURES

The filer of this document attest that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

Dated:  July 12, 2021          By:   /s/ Brent H. Blakely

**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE**
2:20-cv-08635-JWH-AFM